UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the  25  day of  May , two thousand twenty three.

| | |
|---|---|
| GRAY MONTAGUE, JONAH DOE, JAKE DOE, RON DOE, and JOSH DOE, | |
| Plaintiffs - Appellees, | |
| | No. 23-750 |
| v. | |
| | **STIPULATION** |
| WILLIAM M. WILLIAMS, RALPH DUPEE, and POLY PREP COUNTRY DAY SCHOOL, | |
| Defendants - Appellants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to the above-captioned appeal, that the appeal is withdrawn, with prejudice, pursuant to Federal Rule of Appellate Procedure 42(b) and Local Rule 42.1, with each party to bear its own costs and fees (including attorneys' fees).

Dated: New York, New York
May 25, 2023

SEYFARTH SHAW LLP

By: /s/ Karen Bitar
Karen Y. Bitar
David J. Winkler
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 218-5500
Email: kbitar@seyfarth.com
      dwinkler@seyfarth.com
*Attorneys for Defendants - Appellants*

Kevin T. Mulhearn, P.C.
By: */s/ Kevin T. Mulhearn*
Kevin T. Mulhearn, Esq.
60 Dutch Hill Road,
Suite 6B
Orangeburg, New York 109623
(845) 222-8092
Email: kmulhearn@ktmlaw.net
*Attorneys for Plaintiffs - Appellees*