# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of July, two thousand twenty-three,

_____

| | |
|---|---|
| Gray Montague, Jonah Doe, Jake Doe, Ron Doe, Josh Doe, | **ORDER** <br> Docket No. 23-750 |
|     Plaintiffs - Appellees, | |
| v. | |
| William M. Williams, Ralph Dupee, Poly Prep Country Day School, | |
|     Defendants - Appellants. | |

_____

    Appellee's Jake Doe, Jonah Doe, Josh Doe, Ron Doe and Gray Montague submission of a FRAP 42 STIPULATION, With Prejudice does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

    IT IS HEREBY ORDERED that the said FRAP 42 STIPULATION, With Prejudice is stricken from the docket.

> For The Court:
> Catherine O'Hagan Wolfe,
> Clerk of Court

